# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

ROY D. BURNS                                                                                                    PLAINTIFF
ADC #91713

V.                                       NO: 2:11CV00086 BSM/HDY

WENDY KELLEY *et al.*                                                                                  DEFENDANTS

## ORDER

Plaintiff filed this complaint on May 2, 2011, naming, among others, certain Does as Defendants. In order to attempt service for the Does, Plaintiff must provide their names. Accordingly, Plaintiff is directed to provide, no later than 30 days after the entry of this order, the names of the individuals he has identified as Does, along with a brief statement of his claims against them. Plaintiff's failure to do so will result in the recommended dismissal of his claims against the Does.

IT IS SO ORDERED this __20__ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE