## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ROY D. BURNS**
**ADC# 91713**                                                            **PLAINTIFF**

**v.**                        **CASE NO. 2:11CV00086 BSM/HDY**

**DOTTIE YARBROUGH, Regional Infirmary Manager,**
**East Arkansas Regional Unit**
**Arkansas Department of Correction, et al.**                  **DEFENDANTS**

## <u>ORDER</u>

The proposed findings and recommended partial dispositions submitted by United States Magistrate Judge Jerome H. David Young [Doc. Nos. 44, 48, and 54] and the filed objections [Doc. No. 50] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial dispositions should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Burns's claims against defendant Chiquita Davis are dismissed without prejudice.

2. Defendant Dottie Yarbrough's motion to dismiss [Doc. No. 37] is denied.

3. Burns's claims against the Doe defendants are dismissed without prejudice.

IT IS SO ORDERED this 29th day of December 2011.

_____
UNITED STATES DISTRICT JUDGE