IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROY D. BURNS
ADC #91713                                                                                                     PLAINTIFF

v.                    CASE NO. 2:11CV00086 BSM/HDY

DOTTIE YARBROUGH, Regional Infirmary Manager,
East Arkansas Regional Unit,
Arkansas Department of Correction                          DEFENDANT

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young [Doc. No. 70] have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant Dottie Yarbrough's motion for summary judgment [Doc. No. 66] is granted and plaintiff Roy Burns's complaint [Doc. No. 2] is dismissed without prejudice.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3) than an *in forma pauperis* appeal would be frivolous and would not be taken in good faith.

An appropriate judgment shall accompany this order.

Dated this 12th day of December 2012.

                                                          UNITED STATES DISTRICT JUDGE